IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

2:05CV993-D

Inmate Identification Number: ~~190384~~ I1682794

Ben Henry Mitchell
_____

(Enter above the full name(s) of the plaintiff(s)
in this action)

vs.

Wendy Robertson
_____
_____
_____

(Enter above full name(s) of the defendant(s)
in this action)

NOTICE TO FILING PARTY

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )    No (✓)

   B.  If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff(s):  _____

           Defendant(s): _____

           _____

2. Court (if Federal Court, name the district; if State Court, name the county) Coosa

3. Docket number CC 2001 0000130-70

4. Name of judge to whom case was assigned John Rochester

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Is still pending

6. Approximate date of filing lawsuit 10/5/05

7. Approximate date of disposition 10/5/05

II. Place of present confinement Coosa County Jail

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ✓ )   No ( )

C. If your answer is YES:

1. What steps did you take? I wrote a request to the officer who is over it and talk to a officer about it.

2. What was the result? I didn't get no result from the request slip and officer said that she isn't going to run the store.

D. If your answer is NO, explain why not?

2

I. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Ben Henry Mitchell

Address P.O. Box 279 Rockford, Al 35136

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Wendy Robertson

is employed as Segregate

at Coosa County Jail

C. Additional Defendants Tonya Thomas, Richard Crayton

V. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

Tonya Thomas - 9/28/05 Coosa County Jail, she have been telling the Segregate, about personal hygiene, stamps, paper, envelopes and she said she told her and that is all she can do and she know it have been over a month since have had every of it.

Richard Crayton, 9/30/05 Coosa County Jail, ~~[redacted]~~ he have been going to the segregate, and asking her about getting some personal hygiene, paper, stamps, envelopes because it have been over a month since have had every of it and he is the one who the segregate, let run that type of stuff and it haven't did no good.

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Take me off probation.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/5/05 .

Ben Henry Mitchell

Signature(s)

4