FOR USE BY INCARCERATED PERSONS

RE 2:05CV993-D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: **Ben Henry Mitchell**

    Present mailing address: **P.O. Box 279**
    **Rockford, Al 35136**

2. Are you presently employed?   Yes ____   No ✓

    If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

    ~~[scribbled out]~~

    Monthly earnings: **∅**

    If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

    _____

    _____

    Date last worked: _____

    Monthly earnings: _____

3. Have you received within the past twelve months any money from any of the following sources?

    (a) Business, profession, or any form of self-employment?   Yes ____   No ✓

    (b) Interest, dividends, rents, or investment income of any kind?   Yes ____   No ✓

1

(c)   Pensions, annuities, or life insurance payments?         Yes _____   No ✓

(d)   Gifts or inheritances?                                    Yes _____   No ✓

(e)   Any other sources?                                        Yes _____   No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_____

_____

_____

4.   How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ ███0

5.   Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?              Yes _____   No ✓

If the answer is "yes," describe the property and state its approximate value:

_____

_____

_____

6.   List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 10/5/05                                        *Ben H. Mitchell*
                                                       SIGNATURE OF PLAINTIFF

2