IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BEN HENRY MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv993-D |
| ) | (WO) |
| WENDY ROBERTSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. No. 4), said Recommendation is hereby adopted, and it is

CONSIDERED and ORDERED that this case be and the same is hereby DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 9th day of November, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE